JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ANTONIO CERCANTES GUZMAN,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No. 8:25-cv-01480-JWH-KES<br><br>**JUDGMENT** |

|   |   |
|---|---|
| 1 | Pursuant to the Order to Show Cause [ECF No. 9] entered on or about |
| 2 | December 2, 2025, and in accordance with Rules 41(b) and 58 of the Federal |
| 3 | Rules of Civil Procedure in view of Plaintiff's failure to respond, |
| 4 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows: |
| 5 | 1.   This action, including all claims asserted herein, is **DISMISSED**. |
| 6 | 2.   Other than potential post-judgment remedies (including those |
| 7 | provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent |
| 8 | that any party requests any other form of relief, such request is **DENIED**. |
| 9 | **IT IS SO ORDERED.** |

Dated: January 6, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-